IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MIDFIRST BANK,
   Plaintiff,

  v.

JUDY MOODY,
   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-790-TWT

## ORDER

This is a dispossessory action improperly removed to this Court. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending remanding this action to the State Court of DeKalb County. This Court does not have subject matter jurisdiction for the reasons set forth in the Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the State Court of DeKalb County.

SO ORDERED, this 11 day of April, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Midfirst Bank\r&r.wpd